# United States District Court
# For The Western District of North Carolina
# Asheville Division

Tiffany Olean Smith,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   1:11-cv-237

Michael J. Astrue ,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/17/12 Order of Remand.

Signed: April 17, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court