# United States District Court
# For The Western District of North Carolina
# Asheville Division

Tiffany Olean Smith,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                            1:11-cv-237

Michael J. Astrue ,
Commissioner of Social Security

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/17/12 Order of Remand.

Signed: April 17, 2012

Frank G. Johns, Clerk
United States District Court